UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:18-cr-00169-TWP-TAB |
| TIERRE MOORE, | ) -01 | |
| Defendant. | ) | |

## <u>ORDER TO APPOINT INDIANA FEDERAL DEFENDER AND STAY PROCEEDINGS</u>

**I.**

The Defendant filed a document titled, "Ex Parte Notice Seeking the Court Consider Compassionate Release," dkt. 50, which the Court construes as a Motion for Reduction of Sentence under the First Step Act of 2018 (the "First Step Act"), Pub. L. No. 115-391, 132 Stat. 5194 (2018). Dkt. 50. Pursuant to General Order, the Office of the Indiana Federal Community Defenders has been appointed to represent any defendant previously determined to have been entitled to appointment of counsel, or who was previously represented by retained counsel and is presently indigent, to determine whether that defendant may qualify to seek reduction of sentence and to present any motions or applications for reduction of sentence in accordance the First Step Act of 2018. Accordingly, the Court appoints the Indiana Federal Community Defender's Office to appear for the Defendant for this purpose. The Indiana Federal Defender's Office shall file an appearance within 7 days of the date of this Order.

**II.**

Pending the Indiana Federal Community Defender's review and analysis of the Defendant's eligibility for a reduction of sentence pursuant to the First Step Act of 2018, and to

allow counsel to communicate with the Defendant regarding the attorney-client relationship, this matter is stayed. Proceedings will resume, and the stay will be lifted, when the Indiana Federal Community Defender files an Amended Motion for Reduction of Sentence on the Defendant's behalf, a Stipulation to Reduction of Sentence is filed, or the Court grants the Indiana Federal Community Defender's motion to withdraw from the Defendant's case.

**IT IS SO ORDERED.**

Date: 4/8/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Tierre Moore
DOC # 967393
Putnamville Correctional Facility
1946 West U.S. Highway 40
Greencastle, IN 43135

All Electronically Registered Counsel

Sara Varner
INDIANA FEDERAL COMMUNITY DEFENDERS
111 Monument Circle
Suite 752
Indianapolis, IN 46204

United States Attorney's Office
Attn: Bob Wood
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048