Case 1:18-cr-00169-TWP-TAB   Document 96   Filed 01/12/24   Page 1 of 1 PageID #: 755

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Tierre Moore | )<br>)<br>)<br>) Case No: 1:18CR00169-001<br>) USM No: 16431-028<br>) |
| Date of Original Judgment: 12/17/2018<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Jacob Leon<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   46 months   months **is reduced to**   37 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Moore's release date is no longer October 17, 2024. Bureau of Prison's ("BOP") records show that Mr. Moore was recently sanctioned for disciplinary conduct and lost good time credit. According to current BOP records, his release date is not until April 27, 2025. His release date is after February 1, 2024--on a date determined by the BOP.

Except as otherwise provided, all provisions of the judgment dated   12/17/2018   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  1/12/2024

*Judge's signature*

Effective Date:  After 02/01/2024
*(if different from order date)*

Honorable Tanya Walton Pratt, U.S. District Court Chief Judge
*Printed name and title*

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk