UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:18-cr-00169-TWP-TAB-1 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| TIERRE MOORE | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cr-00169-TWP-TAB |
| | ) | |
| TIERRE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTIONS FOR COMPASSIONATE RELEASE**

This matter is before the Court on two Motions for Compassionate Release filed by Defendant Tierre Moore ("Moore") (Dkts. 77, 85).  For the reasons explained below, the Motions are **denied without prejudice**.

On June 26, 2023, Moore filed his first Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Dkt. 77). He argued that he establishes extraordinary and compelling reasons for compassionate release because (1) he suffers from medical conditions and impairments which dimmish his ability to provide self-care in prison, and (2) he is not receiving treatment placing him at risk of a serious deterioration of health.  (Dkt. 77 at 2.)

On November 9, 2023, Moore filed a Request Permission to Amend Motion Pursuant to Section  3582 (c)(1)(A), which the Court interprets as a supplemental motion for compassionate release.  (Dkt. 85.)  The Court determined that supplemental briefing was needed to address Moore's motions for compassionate release and informed him that to the extent he wished to seek relief pursuant to 18 U.S.C. § 3582(c)(2) under the terms of Amendment 821 to the United States Sentencing Guidelines, *see* Dkt. 85 at 2, he should file a separate motion for reduction of sentence on that basis.  (Dkt. 86.)

2

Before the Court could rule on the pending motions, it received a letter from the Bureau of Prisons ("BOP") concerning whether Moore's sentence in this case should be served concurrent or consecutive to Moore's state court sentence.  Specifically, "[s]hould the Court indicate the sentence is to run concurrently with the state term, … [it] would result in satisfaction of [Moore's] federal sentence…. [if] the sentence is to run consecutively to the state term, [Moore] will continue to a current projected release date of September 6, 2024." (Dkt. 108-1 at 2.).  Considering recent changes to the United States Sentencing Guidelines, the Government did not oppose the Court advising the BOP that Moore's federal sentence is to run concurrently to the sentence in the state court cases. (Dkt. 113.)  Accordingly, the Court's position on retroactive designation in this case was that the sentences should be served concurrently. (Dkt. 115, Dkt. 117.)  Consequently, Moore was released from the Bureau of Prisons effective March 14, 2024. *See* https://www.bop.gov/inmateloc/ (last visited April 2, 2024).

Given his release from prison, the Court determined that Moore could no longer show an extraordinary and compelling reason warranting relief under § 3582(c)(1)(A).  The Court ordered Moore to show cause why his motions for compassionate release should not be denied because he is no longer in prison, and informed Moore that failure to respond to the order within 28 days would result in the denial of his motions without prejudice. (Dkt. 116 at 2.)  Moore did not file a response by the deadline.

For the reasons explained above, the Court deems Moore's Motions for compassionate release to be abandoned, and his Motions, Dkt. [77], Dkt. [85], are **DENIED as moot**.

     **SO ORDERED.**

Date:  4/2/2024

                              Hon. Tanya Walton Pratt, Chief Judge
                              United States District Court
                              Southern District of Indiana

DISTRIBUTION:

Tierre Moore
P.O. Box 6000
FCI GILMER
Glenville, West Virginia  26351

Sara J. Varner
INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
sara.varner@fd.org

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE
jeffrey.preston@usdoj.gov